UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Rodriguez, Ralph  
Rodriguez, Maria C.

Case No.: 20-20151  
Chapter: 7  
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street |
| | Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on __November 24, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 841 East Brookside Lane |
| | Hillsborough, NJ |
| | FMV - +/-$ 299,000.00 |

| Liens on property: | M&T Bank- $235,614.98 |
| | Amerifirst/PHH- $ 88,006.40 |
| | Total Liens - $323,621.88 |
| | |
| | Plus 10% Estimated Costs of Sale |

| Amount of equity claimed as exempt: | $47,350.00 |

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Ralph Rodriguez  
Maria C Rodriguez  
    Debtor(s)

Case No. 20-20151-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Oct 23, 2020     Form ID: pdf905     Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ralph Rodriguez, Maria C Rodriguez, 841 East Brookside Lane, Hillsborough, NJ 08844-4857 |
| 518943425 | | Citi Cards, PO Box 9001016, Louisville, KY 40290-1016 |
| 518943427 | + | PHH Mortgage Services, PO Box 371458, Pittsburgh, PA 15250-7458 |
| 518943430 | | Service Finance Company, PO Box 645377, Cincinnati, OH 45264-5377 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2020 22:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2020 22:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518943424 | | Email/Text: bnc@trustamerifirst.com | Oct 23 2020 22:39:00 | AmeriFirst Home Improvement Finance, LLC, PO Box 2040, Omaha, NE 68103-2040 |
| 518943426 | | Email/Text: camanagement@mtb.com | Oct 23 2020 22:38:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264-2182 |
| 518943428 | + | Email/Text: bankruptcy@prosper.com | Oct 23 2020 22:43:00 | Prosper Funding, LLC, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518943429 | *+ | Prosper Funding, LLC, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| jdb | *+ | Maria C Rodriguez, 841 East Brookside Lane, Hillsborough, NJ 08844-4857 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

Case 20-20151-KCF    Doc 19    Filed 10/25/20    Entered 10/26/20 00:54:22    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2020 | Form ID: pdf905 | Total Noticed: 9 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com<br>G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Natalee Picillo | on behalf of Joint Debtor Maria C Rodriguez picillopicillo@aol.com |
| Natalee Picillo | on behalf of Debtor Ralph Rodriguez picillopicillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6