Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20–20151–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ralph Rodriguez
841 East Brookside Lane
Hillsborough, NJ 08844

Maria C Rodriguez
841 East Brookside Lane
Hillsborough, NJ 08844

Social Security No.:
  xxx–xx–4570                                                xxx–xx–2396

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Daniel E. Straffi is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 25, 2020</u>                    <u>Kathryn C. Ferguson</u>
                                                    Judge, United States Bankruptcy Court